UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PAUL R. CHAMBLEE, JR.                                      PLAINTIFF/
                                                                                 COUNTER DEFENDANT

V.                                         CIVIL ACTION NO.1:08CV193-SA-JAD

MATTHEW P. CHAMBLEE                       COUNTER/DEFENDANT/

<u>FINAL JUDGMENT</u>

       In accordance with a memorandum opinion of this date, the answer of Matthew P. Chamblee is struck as a sanction for his failure to comply with the order of the court. Judgment by default is entered for an own behalf of Paul R. Chamblee, Jr. Costs are taxed to the counter defendant Matthew P. Chamblee. This case is closed.

       SO ORDERED AND ADJUDGED this the <u> 24th </u> day of November, 2009.

                                                             <u>/s/ Sharion Aycock</u>
                                                             U.S. DISTRICT JUDGE